## Louise Winson et al., Appellees, v. Eugene Fischer, Appellant.

### Gen. No. 9,542.

opinion filed October 29, 1947; rehearing denied February 3, 1948; released for publication February 5, 1948. Provine, Pinkerton & Miley and Earl S. Hodges, for appellant; Duane L. Traynor, of counsel; John W. Fribley, for appellees. Opinion by JUSTICE DADY. Not to be published in full.

## Bernice A. Maynes, Appellant, v. Frank Maynes, Appellee.
## Frank Maynes, Appellee, v. Bernice A. Maynes, Appellant.

### Gen. No. 10,177.

opinion filed December 29, 1947; rehearing denied February 3, 1948; released for publication February 3, 1948. James W. Faulkner, for appellant; Krusemark & Krusemark, for appellee. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.